860

No. 614. MEURER STEEL BARREL CO., INC. v. COMMISSIONER OF INTERNAL REVENUE. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Emanuel A. Stern* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Miss Louise Foster* for respondent.

No. 828. HASTINGS, SPECIAL TRUSTEE, v. HAYSTONE SECURITIES CORP. ET AL. March 26, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied. *Messrs. Francis J. Quillinan, William H. Foulk* and *Frederick Baum* for petitioner. *Mr. Horace G. Hitchcock* for respondents.

No. 870. ACME POULTRY CORP. v. UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Milton E. Sahn* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Mrs. Mayte B. Greene* for the United States.

No. 940. CITY OF ORANGEBURG v. SOUTHERN RAILWAY CO. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Julian S. Wolfe* for petitioner. *Messrs. Frank G. Tompkins* and *Adam H. Moss* for respondent.

No. 947. ROODENKO v. UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court